UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- v. -

DAVID CARDONA-CARDONA, JEAN-CLAUDE OKONGO LANDJI, JIBRIL ADAMU, ARGEMIRO ZAPATA-CASTRO, SHERVINGTON LOVELL, and STEVEN ANTONIUS,

                Defendants.

**ORDER**

(S1) 18 Cr. 601 (PGG)

---

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that any pre-trial motions filed by Defendants in this action are due by **January 31, 2020**. A status conference is scheduled for **February 11, 2020 at 10:00 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
        December 12, 2019

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge