UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

DAVID CARDONA-CARDONA, JEAN-CLAUDE OKONGO LANDJI, JIBRIL ADAMU, ARGEMIRO ZAPATA-CASTRO, SHERVINGTON LOVELL, and STEVEN ANTONIUS,

                        Defendants.

**ORDER**

18 Cr. 601 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that the conference scheduled for February 11, 2020 at 10:00 a.m. will now take place on **February 11, 2020 at 1:00 p.m.** in Courtroom 110 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
       February 4, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge