UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

DAVID CARDONA-CARDONA, JEAN-CLAUDE OKONGO LANDJI, JIBRIL ADAMU, ARGEMIRO ZAPATA-CASTRO, SHERVINGTON LOVELL, and STEVEN ANTONIUS,

                Defendants.

**ORDER**

18 Cr. 601 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

The parties will submit the following letters by February 18, 2020:

1. Defendants Landji, Lovell, and Adamu will submit letters regarding their readiness to begin trial on April 14, 2020, any problems as to discovery materials, and any requests for an extension as to the deadline for pre-trial motions; and

2. The Government will submit a letter addressing whether one or more defendants should be severed in order to permit a trial to proceed on April 14, 2020.

A conference is scheduled for **March 9, 2020 at 10:00 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
       February 13, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge