UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-against-<br><br>DAVID CARDONA-CARDONA, ARGEMIRO ZAPATA-CASTRO, SHERVINGTON LOVELL, STEVEN ANTONIUS, JIBRIL ADAMU, and JEAN-CLAUDE OKONGO LANDJI,<br><br>                                Defendants. | **ORDER**<br><br>(S1) 18 Cr. 601 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

        The Government is hereby directed to submit a letter to the Court, by **12:00 p.m. on March 6, 2020**, identifying the co-conspirator Defendants referenced in the Complaints for Defendants Antonius, Cardona-Cardona, Lovell, and Zapata-Castro. (See Antonius Cmplt. (Dkt. No. 1); Cardona-Cardona Cmplt. (Dkt. No. 1); Lovell Cmplt. (Dkt. No. 1); Zapata-Castro Cmplt. (Dkt. No. 1))[1] In this letter, the Government will also disclose what evidence, if any, links Defendants Landji and Adamu to the conspiracy charged in Count Seven of the (S1) Indictment (Dkt. No. 39). In particular, the Government will state whether it expects that evidence regarding the cocaine recovered from the interdicted vessel would be offered against Landji and Adamu at a separate trial.

        The Government's letter will also address the status of discussions with the Defendants regarding possible pretrial dispositions.

---

[1] In other words, the Government will identify "CC-1," etc.

The conference scheduled for **March 9, 2020, at 10:00 a.m.** will proceed as scheduled.

Dated: New York, New York
March 4, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge