LAW OFFICES OF
**DONNA R. NEWMAN**
ATTORNEY AT LAW
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
TEL. 212-229-1516
FAX 212-676-7497
DONNANEWMANLAW@AOL.COM
MEMBER: N.Y. & N.J. BAR

March 5, 2020

<u>By ECF & Email</u>

The Honorable Paul G. Gardephe
United States District Court Judge
United States Courthouse
40 Foley Square
New York, New York 10007

*Re: United States v. David Cardona-Cardona, S1* 18 cr 601(PGG)

Dear Judge Gardephe:

I along with Ken Womble, Esq. represent David Cardona-Cardona in the above referred matter. Due to scheduling conflict, I respectfully request to be excused from Monday, March 9th' status conference. My cocounsel, Mr. Womble will be present, aware of my schedule, and will appear on our client's behalf on Monday.

Respectfully,
/s/
Donna R. Newman
Cc: Ken Womble, Esq.
   All counsel via ECF

MEMO ENDORSED
The Application is granted.
SO ORDERED:
*/s/ Paul G. Gardephe*
Paul G. Gardephe, U.S.D.J.
Dated: March 9, 2020