UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

DAVID CARDONA-CARDONA,
ARGEMIRO ZAPATA-CASTRO,
SHERVINGTON LOVELL, and STEVEN
ANTONIUS,

                  Defendants.

**ORDER**

18 Cr. 601 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The trial for Defendants Cardona-Cardona, Zapata-Castro, Lovell, and Antonius, scheduled to begin on April 14, 2020, is adjourned. Defendants Cardona-Cardona, Zapata-Castro, Lovell, and Antonius will now proceed to trial on **June 15, 2020.** Pretrial filings for the four named defendants – motions in limine, requested voir dire, requests to charge – are now due by **May 18, 2020**. Any responsive filings are due by **May 26, 2020**. Pursuant to the Standing Order In Re: Coronavirus/COVID-19 Pandemic, No. 20 Misc. 154 (S.D.N.Y. Mar. 13, 2020), time is excluded through April 27, 2020.

Dated:  New York, New York
         March 23, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge