UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

DAVID CARDONA-CARDONA, JEAN-CLAUDE OKONGO LANDJI, JIBRIL ADAMU, SHERVINGTON LOVELL, and STEVEN ANTONIUS,

Defendants.

**ORDER**

18 Cr. 601 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

Defendants are scheduled for trial on June 15, 2020. (Feb. 25, 2020 Order (Dkt. No. 242); Mar. 23, 2020 Order (Dkt. No. 273))  By May 1, 2020, the parties are directed to submit a status report as to the potential for pretrial dispositions.

Dated: New York, New York
       April 27, 2020

SO ORDERED.

*[signature]*

Paul G. Gardephe
United States District Judge