UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

DAVID CARDONA-CARDONA, JEAN-CLAUDE OKONGO LANDJI, JIBRIL ADAMU, SHERVINGTON LOVELL, and MICHAEL ANTONIUS,

                  Defendants.

**ORDER**

18 Cr. 601 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

       It is hereby ORDERED that the conference currently scheduled for June 15, 2020 is adjourned to **July 30, 2020 at 3:15 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

       Upon the application of the United States of America, by and through Assistant United States Attorney Matthew Hellman, and with the consent of defendants Cardona-Cardona, Landji, Adamu, Lovell, and Antonius, by and through each defendant's counsel, it is hereby ORDERED that the time from June 15, 2020 through July 30, 2020 is excluded under the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A). The Court finds that the granting of such a continuance serves the ends of justice and outweighs the best interests of the public and the defendants in a speedy trial, because it will allow the parties time to engage in further discussions concerning possible pretrial dispositions of this matter.

Dated: New York, New York
       June 10, 2020

SO ORDERED.

*Paul G. Gardephe*

_____
Paul G. Gardephe
United States District Judge