UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-against-<br><br>DAVID CARDONA-CARDONA,<br>SHERVINGTON LOVELL, and STEVEN ANTONIUS,<br><br>Defendants. | **ORDER**<br><br>(S1) 18 Cr. 601 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

In light of the Second Court's ruling in United States v. Alarcon Sanchez, No. 18-1231, 2020 WL 508496 (2d Cir. Aug. 27, 2020), the parties are directed to file supplemental briefing on Defendants' motion to dismiss (Dkt. No. 215) by September 4, 2020.

Dated: New York, New York
       August 28, 2020

SO ORDERED.

*Paul G. Gardephe*

Paul G. Gardephe
United States District Judge