UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

DAVID CARDONA-CARDONA,

Defendant.

**ORDER**

18 Cr. 601 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

At the Defendant David Cardona-Cardona's request, the conference currently scheduled for December 14, 2020 is adjourned to **February 8, 2021 at 12:00 p.m**.  The conference will take place by telephone.

Upon the application of Kenneth Womble, counsel for Defendant, and with the consent of the Government, by and through Assistant United States Attorney Matthew Hellman, the time from December 11, 2020 through February 8, 2021 is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(1)(D), in the interests of justice.  The ends of justice served by the granting of this continuance outweigh the best interests of the public and the Defendant in a speedy trial, because the continuance will permit the parties to complete their discussions regarding a possible pretrial disposition.

With respect to the February 8, 2021 conference, the parties are directed to dial 888-363-4749 to participate, and to enter the access code 6212642.  The press and public may obtain access to the telephone conference by dialing the same number and using the same access code.  The Court is holding multiple telephone conferences on this date.  The parties should call in at the scheduled time and wait on the line for their case to be called.  At that time, the Court will un-mute the parties' lines.  Two days before the conference, the parties must email GardepheNYSDChambers@nysd.uscourts.gov with the phone numbers that the parties will be

using to dial into the conference so that the Court knows which phone numbers to un-mute. The email should include the case name and case number in the subject line.

Dated: New York, New York
December 11, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge