UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

- v. -

DAVID CARDONA-CARDONA,

Defendant.

**ORDER**

18 Cr. 601 (PGG)

---

PAUL G. GARDEPHE, U.S.D.J.:

A change of plea hearing for Defendant David Cardona-Cardona will be held on

**Monday, April 26, 2019 at 1:00 p.m**.  The hearing will take place in Courtroom 705 of the

Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated:  New York, New York
        April 19, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge