UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

DAVID CARDONA-CARDONA,

Defendant.

**ORDER**

18 Cr. 601 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

The sentencing of Defendant David Cardona-Cardona will take place on **Friday, August 27, 2021 at 12:00 p.m.**  Any submissions on behalf of the Defendant are due **August 6, 2021**, and any submission by the Government is due on **August 13, 2021**.

The Probation Department is directed to prepare a presentence investigation report for the Defendant.

Dated: New York, New York
       April 26, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge