UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-against-

DAVID CARDONA-CARDONA,

Defendant.

---

**ORDER**

(S1) 18 Cr. 601 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

This Court will conduct a conference as to Defendant David Cardona-Cardona on **May 18, 2023, at 2:30 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.  Because the conference will address matters relating to counsels' continued representation of Mr. Cardona-Cardona, the Government need not appear.

Dated:  New York, New York
        May 9, 2023

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge