UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| -against- | **ORDER** |
| DAVID CARDONA-CARDONA, | (S1) 18 Cr. 601 (PGG) |
| Defendant. | |

PAUL G. GARDEPHE, U.S.D.J.:

The motion to withdraw submitted by Donna Newman and Kenneth Womble is granted. (Dkt. No. 785) New counsel will be appointed to represent the Defendant pursuant to the Criminal Justice Act.

Dated: New York, New York
October 27, 2023

SO ORDERED.

*Paul S. Gardephe*

Paul G. Gardephe
United States District Judge