UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>DAVID CARDONA-CARDONA,<br><br>Defendant. | **ORDER**<br><br>(S1) 18 Cr. 601 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

The Probation Office is directed to prepare a pre-sentence report for Defendant Cardona-Cardona. The sentencing of Defendant will take place on **July 17, 2024, at 2:00 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

The Defendant's sentencing submission is due by **June 26, 2024**, and the Government's submission is due by **July 3, 2024**.

Dated: New York, New York
April 3, 2024

SO ORDERED.

_Paul S. Gardephe_
_____
Paul G. Gardephe
United States District Judge