# RICHARD PALMA
## ATTORNEY AT LAW
### 225 BROADWAY- SUITE 715
### NEW YORK, NEW YORK 10007

MEMBER OF THE BAR  
NEW YORK

TEL. (212) 686-8111  
FAX. (212) 202-7800  
E-MAIL - rpalma177@gmail.com

June 24, 2024

**ECF**

Honorable Paul G. Gardephe, U.S.D.J.  
Daniel Patrick Moynihan U.S. Courthouse  
500 Pearl Street  
New York, N.Y. 10007-1312

  **Re:**  **United States v. David Cardona-Cardona, Dkt. 18 Cr. 601 (PGG) Unopposed Defense Request to Adjourn Sentencing to August 26, 2024.**

Dear Judge Gardephe:

  This is first-time Defense request respectfully seeking an adjournment of Mr. Cardona-Cardona's sentencing hearing currently scheduled for July 17, 2024. After consulting with the Government, it does not oppose this request. I have yet to meet with Mr. Cardona-Cardona to review a draft of the PSR which I am planning to do this Thursday, June 27. Additionally, considering my other deadlines scheduled in mid-July and early August, and a family vacation previously scheduled during the Fourth of July week, I am unable to meet the Court's schedule in this matter. Mr. Cardona-Cardona was also informed that I would be making this request. For these reason, I am seeking this adjournment.

  Thank you.

Respectfully submitted,

*Richard Palma*

Richard Palma

**MEMO ENDORSED:**
Defendant Cardona-Cardona's sentencing currently scheduled for July 17, 2024, is adjourned to **August 20, 2024, at 3:00 p.m.** Defendant's sentencing submission is due by **July 30, 2024**, and the Government's submission is due by **August 6, 2024**.

SO ORDERED.

*Paul G. Gardephe*  
_____  
Paul G. Gardephe  
United States District Judge  
Date: June 24, 2024